

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON APPELLANT'S
### MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  San Jacinto River Authority v. Vicente Medina, Ashley Medina and Aris Antoniou

Appellate case number:  01-18-00407-CV

Trial court case number:  2018-10478

Trial court:  151st District Court of Harris County

The motion for reconsideration en banc is **DENIED.**

### PER CURIAM

En banc court consists of Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Chief Justice Radack not participating.

Date:  March 26, 2019